1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LEMIEUX, an individual, on behalf of himself and all others similarly situated,<br><br>　　　　　　　　　　　　Plaintiff,<br>　vs.<br><br>HSBC CARD SERVICES, INC., a California corporation,<br>　　　　　　　　　　　　Defendant. | CASE NO. 07-CV-1581 H (BLM)<br><br>**ORDER DISMISSING INDIVIDUAL CLAIMS WITH PREJUDICE AND DISMISSING CLASS CLAIMS WITHOUT PREJUDICE** |

On August 9, 2007, Plaintiff filed a complaint against Defendant alleging violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227 et seq. (Doc. No. 1.) On October 29, 2008, the parties filed a joint motion to dismiss. (Doc. No. 27.) A plaintiff may dismiss a civil action by filing a stipulation of dismissal signed by all parties who have appeared. Fed. R. Civ. P. 41(a)(1)(A)(ii). Though this matter is a putative class action, the Court has not certified the class. Therefore, the requirements of Federal Rule of Civil Procedure 23(e) do not apply.

/ / /

/ / /

/ / /

/ / /

Accordingly, the Court orders that Plaintiff's individual claims are dismissed with prejudice. Plaintiff's class claims are dismissed without prejudice.

IT IS SO ORDERED.

DATED: October 30, 2008

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT